# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAVID IACOVINO & DEVELOPED : No. 69 WM 2019
RESOURCES, INC., :
:
       Respondents :
:
:
:
       v. :
:
:
:
I.R.S. PRODUCTION, INC., R.S. GAS :
COMPANY, INC., ROBERT L. SMITH :
AND SHIRLEY SMITH, :
:
       Petitioners :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, the Motion to Seal Attachment C is GRANTED, and the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.